```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ELITE UNION INSTALLATIONS, LLC  :
:
:
                 Plaintiff,  :
:     20-cv-4761 (LJL)
     -v-                                  :
:     <u>ORDER</u>
NATIONAL FIRE INSURANCE COMPANY OF  :
HARTFORD,  :
:
                 Defendant.  :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The initial pre-trial conference previously set for December 14, 2020 is rescheduled for November 23, 2020, at 2:00 p.m.  The parties are to be prepared to discuss the proposed motion to dismiss at that time.  The parties are directed to call (888) 251-2909 and use access code 2123101.  The Clerk of the Court is respectfully directed to close the motion pending at Dkt. No. 19.

     SO ORDERED.

Dated: October 26, 2020
       New York, New York                          LEWIS J. LIMAN
                                                       United States District Judge